HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA BUEING,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION ND, et al.,

    Defendants.

CASE NO. C18-54 RAJ

ORDER

This matter comes before the Court on Plaintiff's emergency motion for extension of time. Dkt. # 18. Counsel for Plaintiff made affirmative representations as an officer of the court that his client passed away on January 22, 2018. Based on these representations, the Court finds it appropriate to **GRANT** the motion. Dkt. # 18. The first periodic payment must be made into the Court's registry no later than March 15, 2018; this Order does not negate Plaintiff's estate's responsibility as to the remaining balance as previously ordered by this Court on January 23, 2018, *see* Dkt. # 17.

Dated this the 24th day of January, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1