THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BUEING f.k.a. ANGELA PAULETTE<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION ND a national banking association, U.S. BANK NATIONAL ASSOCIATION a national banking association, and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON solely as a nominal party and Trustee under RCW 61.24.130 *et seq.*<br><br>Defendants. | Case No.: 2:18-cv-00054-RAJ<br><br>[PROPOSED] ORDER GRANTING MOTION TO SUBSTITUTE PURSUANT TO FRCP 25(a)(1) |

This matter comes before the Court pursuant to the Motion to Substitute Pursuant to FRCP 25(a)(1), filed by Sandra L. Bueing, Personal Representative of the Estate of Angela J. Bueing. Dkt. # 36. Defendants have not filed an opposition. After reviewing Plaintiff's Motion and the remaining record, the Court finds that:

[Proposed] Order Granting
Motion to Substitute Pursuant to FRCP 25(a)(1) - 1
Case No.: 2:18-cv-00054-RAJ

PIVOTAL
LAW GROUP

IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 I fax 206-340-1962
www.PivotalLawGroup.com

1. Plaintiff Angela J. Bueing ("Decedent") died on January 22, 2018.

2. Decedent's claims against Defendants survive Decedent's death. RCW 4.20.046; *Wheeler v. City of Santa Clara*, 894 F.3d 1046, 1057 (9th Cir. 2018).

3. Sandra L. Bueing was appointed personal representative of Decedent's estate and is an appropriate representative to be substituted for Decedent.

4. It is appropriate under FRCP 25(a)(1) to substitute Sandra L. Bueing in place of Decedent as Plaintiff in this lawsuit.

IT IS HEREBY ORDERED:

1. The Motion to Substitute Pursuant to FRCP 25(a)(1) is granted.

2. Sandra L. Bueing, Personal Representative of the Estate of Angela J. Bueing, is substituted as Plaintiff in place of the decedent Angela J. Bueing.

3. All further pleadings in this action shall contain a caption identifying Sandra L. Bueing as the representative plaintiff in place of decedent Plaintiff Angela J. Bueing.

SO ORDERED this 19th day of November, 2018.



The Honorable Richard A. Jones
United States District Judge

[Proposed] Order Granting
Motion to Substitute Pursuant to FRCP 25(a)(1) - 2
Case No.: 2:18-cv-00054-RAJ

PIVOTAL LAW GROUP

IBM Building, Suite 1217
1200 5th Avenue, Seattle, WA 98101
phone 206-340-2008 | fax 206-340-1962
www.PivotalLawGroup.com