THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA L. BUEING, PERSONAL REPRESENTATIVE OF THE ESTATE OF ANGELA J. BUEING,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION ND a national banking association, U.S. BANK NATIONAL ASSOCIATION a national banking association, and QUALITY LOAN SERVICE CORPORATION OF WASHINGTON solely as a nominal party and Trustee under RCW 61.24.130 *et seq.*,<br><br>Defendants. | Case No.: 2:18-cv-00054-RAJ<br><br>ORDER GRANTING JOINT MOTION TO RELEASE REGISTRY FUNDS TO U.S. BANK, N.A. |

**<u>ORDER</u>**

Based on the foregoing agreement and request of the parties, and the Court otherwise finding good cause, IT IS HEREBY

ORDER GRANTING JOINT MOTION
TO RELEASE REGISTRY FUNDS
Case No.: 2:18-cv-00054-RAJ - 1

LOCKE LORD LLP
3333 PIEDMONT ROAD, N.E.
TERMINUS 200, SUITE 1200
ATLANTA, GA 30305
(404) 870-4681

ORDERED that the Clerk shall immediately release to counsel of record for U.S. Bank National Association all Registry Funds currently being held by this Court for the above-caption action.

The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $26,660.00, plus all accrued interest, minus any statutory users fees, payable to U.S. Bank National Association, and mail the check to counsel for U.S. Bank National Association as follows:

> Aaron A. Wagner
> Locke Lord LLP
> Terminus 200, Suite 1200
> 3333 Piedmont Road NE
> Atlanta, GA  30305

DATED this 21st day of December, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION
TO RELEASE REGISTRY FUNDS
Case No.: 2:18-cv-00054-RAJ - 2

LOCKE LORD LLP
3333 PIEDMONT ROAD, N.E.
TERMINUS 200, SUITE 1200
ATLANTA, GA 30305
(404) 870-4681